# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Kevin Curry,**
       **Plaintiff**

    **v.**

**Margaret Marshall, Chief Justice, et al.,**
       **Defendant**

**CIVIL ACTION**

**NO.  10-10142-NMG**

### Order of Dismissal
**September 28, 2010**

**Gorton, D. J.**

In accordance with the Courts oral order granting defendants motion to dismiss (Docket No. 15) during hearing held this date; it is hereby Ordered this case is Dismissed.

**Approved,**

**/s/ Nathaniel M. Gorton,**
**United States District Judge**

**By the Court,**

**/s/ Craig J. Nicewicz**
**Deputy Clerk**

(Dismendo.ord - 09/92)                                                                                                           [odism.]