# United States Court of Appeals
## For the First Circuit

No. 10-2224

KEVIN P. CURRY,

Plaintiff, Appellant,

v.

MARGARET MARSHALL, Chief Justice, et al.,

Defendants, Appellees.

Before

Boudin, Lipez and Thompson,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered:  February 8, 2011

Appellant Kevin Curry ("Curry") appeals from the district court's decision dismissing his section 1983 action for lack of subject matter jurisdiction. The appellees have moved for summary disposition.

In his federal court action, Curry challenged his disbarment from the practice of law in Massachusetts and sought reinstatement of his license to practice. The district court premised its decision to dismiss the suit on the <u>Rooker-Feldman</u> doctrine, which prohibits federal district courts from asserting jurisdiction over "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." <u>Exxon Mobil Corp.</u> v. <u>Saudi Basic Indus. Corp.</u>, 544 U.S. 280, 284 (2005). After careful review of the parties' arguments and the record in this case, we conclude that the district court properly dismissed this suit on <u>Rooker-Feldman</u> grounds. Accordingly, we affirm.

<u>Affirmed.</u>  <u>See</u> 1st Cir. Loc. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Kathleen M. Curry
Timothy J. Casey